IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WAYLAND THOMAS WILSON,  ) | |
|     Defendant-Petitioner,  ) | |
| ) | |
| vs.  ) | No. 3:92-CR-238-T |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff-Respondent.  ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge regarding Defendant Wayland Thomas Wilson's ("Defendant's") motion to reduce his sentence pursuant to 28 U.S.C. § 3582(c)(2). The Court reviewed the findings, conclusions, and recommendation of the United States Magistrate Judge *de novo* and finds no error. Therefore, the Court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

SO ORDERED this 23 day of December, 2006.

ROBERT B. MALONEY
UNITED STATES DISTRICT JUDGE